UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIANA L. FLEMING,

        Plaintiff,

v.

PARATRANSIT SERVICES, a Washington State Non-Profit Corporation; TRACY HARDING; and ANN KENNEDY,

        Defendants.

CASE NO.   C06-5193RJB

ORDER OF DISMISSAL

Counsel having notified the court that this matter is settled among the parties, and it appearing that no further issues remain for the court's consideration.

    It is now, therefore, **ORDERED** that this matter be, and it is hereby, **DISMISSED.** In the event settlement is not perfected, any party may move to reopen provided such motion is filed within ten (10) days from the date hereof.

    The Clerk of this Court is instructed to send uncertified copies of this Order to all counsel of record.

    DATED this 21st day of August, 2006.

*/s/ Robert J Bryan*

Robert J Bryan
United States District Judge

Notice of Intent to Dismiss Complaint -1